1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10

| 11 | TAIDJE RAYBURN ROBINSON, | Case No. 2:16-CV-06287-ODW (SK) |
|----|--------------------------|----------------------------------|
| 12 | Plaintiff, | |
| 13 | v. | **ORDER TO SHOW CAUSE WITHIN 21 DAYS RE: FAILURE TO PAY PARTIAL FILING FEE** |
| 14 | SANTA BARBARA COUNTY SHERIFFS OFFICE et al., | |
| 15 | | |
| 16 | Defendants. | |

17                                  **I.**
18                           **INTRODUCTION**
19      On March 24, 2016, Plaintiff, a prisoner in the custody of Santa
20  Barbara County proceeding pro se with a civil rights complaint, was granted
21  in forma pauperis status under 28 U.S.C. § 1915(b)(1).  (CM/ECF Nos. 1, 4).
22  The Court ordered Plaintiff to pay an initial partial filing fee of $6.00 by no
23  later than September 26, 2016, or face dismissal.  To date, the Clerk of Court
24  has not received payment.  THEREFORE, within 21 days of the date of this
25  Order, Plaintiff is ordered to show cause why his Complaint should not be
26  dismissed for failure to pay the initial partial filing fee.  If Plaintiff does not
27  file a timely and satisfactory response to this Order, the Court will
28  recommend dismissal of the Complaint.

## II.

## DISCUSSION

Under the Prison Litigation Reform Act ("PLRA"), a prisoner granted in forma pauperis status ("IFP") must pay the full amount of the filing fee. *See* 28 U.S.C. § 1915(b)(1). If the prisoner is unable to pay the full filing fee,

> The court shall assess and, when funds exist, collect, as a partial payment of any court fees required by law, an initial partial filing fee of 20 percent of the greater of—
> 
> (A) the average monthly deposits to the prisoner's account; or
> 
> (B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal.

*Id*. After paying the initial partial filing fee, the prisoner must make monthly payments toward the balance of the full filing fee equal to "20 percent of the preceding month's income credited to the prisoner's account," to be forwarded by the custodial agency if the prisoner's account balance exceeds $10. *See* 28 U.S.C. § 1915(b)(2). Plaintiff cannot proceed with this cause of action until he has paid the initial partial filing fee or demonstrated why he lacks the funds to do so.

The PLRA's "safety-valve" provision provides an exception to dismissal for an IFP prisoner's failure to pay the initial partial filing fee, but only where the prisoner lacks available funds at the time payment is ordered. *See Taylor v. Delatoore*, 281 F.3d 844, 850 (9th Cir. 2002) (citing to 28 U.S.C. § 1915(b)(4)). The Court may also consider the reason for the prisoner's lack of available funds and dismiss the case where the prisoner's failure to pay is due to the prisoner's economic choices. *See Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995) (dismissal upheld where prisoner depleted account by making "economic choices about how to spend his money, as between his filing fee and comforts purchased in the prison commissary").

Case 2:16-cv-06287-ODW-SK Document 8 Filed 10/19/16 Page 3 of 3 Page ID #:56

## III.
## **CONCLUSION**

<u>Within 21 days of the date of this Order</u>, Plaintiff is ordered to show cause why this action should not be dismissed for Plaintiff's failure to timely pay the initial partial filing fee. Plaintiff may discharge this order and avoid dismissal by submitting the initial partial filing fee. If Plaintiff claims that he no longer has the funds in his prison account to pay the initial partial filing fee, he must submit an updated copy of his prison trust statement showing his deposits, withdrawals, and balance for the past six months.

If Plaintiff does not file a timely and satisfactory response to this Order to Show Cause, the Court will recommend dismissal of the Complaint for failure to comply with a court order and failure to prosecute. *See* Fed. R. Civ. P. 41(b); L.R. 41-1.

**IT IS SO ORDERED.**

DATED: October 18, 2016

_____
STEVE KIM
U.S. MAGISTRATE JUDGE