# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAIDJE RAYBURN ROBINSON,<br>Plaintiff,<br>v.<br>SANTA BARBARA COUNTY SHERIFF'S OFFICE et al.<br>Defendants. | CASE NO. 2:16-CV-06287-ODW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action, the Complaint and this action are ordered dismissed.

DATED: April 25, 2017

HON. OTIS D. WRIGHT, II
U.S. DISTRICT JUDGE